UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Bridget A. Cunningham
2222 Hard Scrabble Road
Columbia, SC 29203

) CHAPTER 13
)
) CASE NO: 12-01187-jw
)
)
)
)
)
)
)
)                          Debtor(s).
)
)
)

FILED
at_____O'clock &_____m.n.____M
APR 1 2 2012

United States Bankruptcy Court
Columbia, South Carolina (31)

JUDGMENT

This Court issued a Rule To Show Cause directing the Debtor and Debtors Attorney to appear before the Court to show cause why this case should not be dismissed with prejudice for failure to file necessary schedules, statements and/or plan or why sanctions should not be imposed.

Pursuant to the hearing held on April 12, 2012 and appearances made by Bridget A. Cunningham and J. Carolyn Stringer,

IT IS ORDERED, ADJUDGED AND DECREED, that the Rule To Show Cause filed and entered on March 14, 2012 be, and hereby is, dissolved.

JOHN E. WAITES

Chief Bankruptcy Judge

Columbia, South Carolina
_____, 2012
3/14/2003